### MERCHANTS'-LACLEDE NAT. BANK v. SCHADE.

(Circuit Court of Appeals, Eighth Circuit.  February 27, 1912.)

#### No. 3,669 (116).

Appeal from and Petition for Revision of Proceedings in the District Court of the United States for the Eastern District of Missouri, and a Petition to Revise under section 24b, Bankruptcy Act 1898.

In the matter of bankruptcy proceedings of the Jackson Brick & Tile Company. Application by the Merchants'-Laclede National Bank for the allowance of a claim as secured against the bankrupt's estate, to which William F. Schade, trustee, filed objections. From an order of the District Court, affirming a referee's order allowing the claim as a nonsecured claim, the bank appeals, and also files an original petition to revise, under Bankr. Act July 1, 1898, c. 541, 30 Stat. 553 (U. S. Comp. St. 1901, p. 3432). Reversed, with instructions.

John H. Holliday and John F. Lee (S. W. Fordyce and T. W. White, on the brief), for appellant and petitioner.

T. D. Hines (A. P. Stewart and Moses Whybark, on the brief), for appellee and respondent.

Before SANBORN and CARLAND, Circuit Judges.

CARLAND, Circuit Judge.  This case is here on appeal and original petition.  As we have heard the case on the appeal, the petition, No. 116, will be dismissed.  The facts appearing in this case do not differ to such an extent from those in No. 3,665, Sturdivant Bank v. Schade, Trustee, 195 Fed. 188, just decided, as to require a separate statement.  The facts are fully stated in our opinion in the above case, and our views as to the law applicable thereto are fully discussed.  It would serve no useful purpose to repeat what we have

there said. The principles of law announced in the Sturdivant Bank Case require the reversal of the judgment in this case. The decree of the trial court is therefore reversed, with instruction to that court to allow the claim of the Merchants'-Laclede National Bank as a secured claim, and to proceed with reference thereto as law and justice may require; and it is so ordered.